IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE ANNE BARE,** | : | **CIVIL ACTION NO. 1:06-CV-0988** |
| | : | |
| Petitioner | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **FDC PHILADELPHIA**, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 12th day of October, 2006, upon consideration of the report of the magistrate judge (Doc. 8), to which no objections were filed, recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) be dismissed, and, following an independent review of the record, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 8) is ADOPTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge